IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. 07-54087 |
| | ) | JUDGE SHEA-STONUM |
| ANTHONY D. CARGILL | ) | CHAPTER 7 |
| MARGARET M. NICOLINO- | ) | |
| CARGILL | ) | |
| | ) | |
| DEBTORS | ) | |

## TRANSMITTAL OF UNCLAIMED FUNDS

KATHRYN A. BELFANCE, Trustee of this estate, reports the following:

1.    Sixty days have passed since the initial distribution in this case. The following checks have been returned undeliverable and/or stop payments have been issued on all outstanding checks. The names of the persons to whom such un-negotiated checks were issued, the amount of such checks and their last known addresses are:

HSBC AUTO FINANCE                                  $802.87
P.O. BOX 60130
CITY OF INDUSTRY, CA 91716

2.    Trustee's check for $802.87, payable to the Clerk of the United States Bankruptcy Court, is attached to this report and list.

3.    Nothing further remains to be done in this case.

Date: April 7, 2010

                                                                     KATHRYN A. BELFANCE
                                                                     KATHRYN A. BELFANCE
                                                                     TRUSTEE

*[handwritten:] Ck # 10109*

*[handwritten:] receipt # 81406*